GOLDALE LIQUOR COMPANY v. O. BAILYS.[1]

November 28, 1919.

No. 21,473.

**Action on promissory note — finding supported by evidence.**

Action in the municipal court of Minneapolis to recover $600 on a promissory note. The case was tried before Charles L. Smith, J., who made findings and ordered judgment for the amount demanded. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*George R. Smith, H. Stanley Hanson* and *Leo J. Gleason,* for appellant.

*Jonas Weil,* for respondent.

PER CURIAM.

The only question involved on this appeal is whether the findings of the trial court are sustained by the evidence. The action is upon a promissory

[1]Reported in 174 N. W. 821.

note. Defendant interposed in defense an agreement between the parties by which defendant agreed to transfer to plaintiffs his saloon business with stock and fixtures in full discharge of the note; that plaintiffs agreed to accept the same. It appears that the agreement was made, but the trial court found as a fact that it was never carried out or performed by the parties, and by mutual consent was subsequently rescinded. Our examination of the record discloses sufficient evidence to support the findings.

The record presents no reversible error and the order appealed from is affirmed.